UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

OSCAR LOPEZ CRISOSTOMO,

Petitioner,

v.                                          CAUSE NO. 3:26-CV-1018-CCB-SJF

WARDEN, et al.,

Respondents.

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before July 31, 2026. (ECF 9.) The respondents notified the court that the petitioner had a bond hearing on July 30, 2026. (ECF 11.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on August 6, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT